| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Shemaria E. Waggoner** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–6863** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **13–20349–GLT** | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shemaria E. Waggoner

<u>6/11/18</u>                                                     **By the court:**     <u>Gregory L. Taddonio</u>
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-20349-GLT
Shemaria E. Waggoner                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy          Page 1 of 2         Date Rcvd: Jun 11, 2018
                            Form ID: 3180W      Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.

```
db          +Shemaria E. Waggoner,    2376 Hilltop Road,    Presto, PA 15142-1122
cr          +Chartiers Valley School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
              Pittsburgh, PA 15235-5137
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Oakhill at Nevillewood,    138 North McDonald St.,    Suite 200,    McDonald, PA 15057-1290
cr           Oakhill at Nevillewood c/o Elite Mgmt. Services,    McGrath McCall, P.C.,    444 Liberty Avenue,
              Four Gateway Center,    Suite 1040,    Pittsburgh, PA   15222
13584666    +AES/PHEAA,    PO BOX 8183,    HARRISBURG PA 17105-8183
13594265    +Aes/Pheaa,    Po Box 8147,    Harrisburg, Pa 17105-8147
13555468    +Aes/brazos/us Bank,    Po Box 2461,    Harrisburg, PA 17105-2461
13563313     Bank of America N.A.,    Loss/Recovery,    4161 Piedmont Parkway,    NC4 105 03 14,
              Greensboro, NC 27410
13597662    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13555480    +Household Bank,    POB 71104,    Charlotte, NC 28272-1104
13555484    +Nevillewood Homeowners Association,    138 N. McDonald Street,    Suite #200,
              Mc Donald, PA 15057-1290
13599816    +Oakhill at Nevillewood,    c/o Elite Management Services,    138 North McDonald St., Suite 200,
              McDonald, PA 15057-1290
13555485    +Pittsburgh Parking C,    c/o Professional Account Man.,    633 W. Wisconsin Ave.,
              Milwaukee, WI 53203-1918
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2018 01:53:44     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Jun 12 2018 01:53:32     Ditech Financial LLC,
              PO BOX 0049,    Palatine, IL 60055-0001
13555469     EDI: BANKAMER.COM Jun 12 2018 05:48:00      Bank Of America, N.a.,    4161 Piedmont Pkwy,
              Greensboro, NC   27410
13555470     EDI: CAPITALONE.COM Jun 12 2018 05:48:00      Cap One,   Po Box 85520,    Richmond, VA  23285
13555471    +EDI: CAPITALONE.COM Jun 12 2018 05:48:00      Cap One,    26525 N Riverwoods Blvd,
              Mettawa, IL 60045-3440
13555472    +EDI: CAPITALONE.COM Jun 12 2018 05:48:00      Capital One,    POB 71083,
              Charlotte, NC 28272-1083
13555473    +EDI: CHASE.COM Jun 12 2018 05:48:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13555474    +EDI: CITICORP.COM Jun 12 2018 05:48:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13555475    +EDI: WFNNB.COM Jun 12 2018 05:48:00      Comenity Bank/limited,    Po Box 182789,
              Columbus, OH 43218-2789
13572681    +EDI: TSYS2.COM Jun 12 2018 05:48:00      Department Stores National Bank/Macys,
              Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13967782     EDI: ECMC.COM Jun 12 2018 05:48:00      ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13555476    +EDI: RMSC.COM Jun 12 2018 05:48:00      Gecrb/banarepdc,    Po Box 965005,
              Orlando, FL 32896-5005
13555477    +EDI: RMSC.COM Jun 12 2018 05:48:00      Gecrb/gap,    Po Box 965005,    Orlando, FL 32896-5005
13555478     EDI: RMSC.COM Jun 12 2018 05:48:00      Gecrb/jcp,    Po Box 984100,    El Paso, TX  79998
13555479    +EDI: RMSC.COM Jun 12 2018 05:48:00      Gecrb/old Navy,    Po Box 965005,
              Orlando, FL 32896-5005
13655234    +E-mail/Text: bankruptcy.bnc@ditech.com Jun 12 2018 01:53:32     Green Tree,    POB 6172,
              Rapid City, SD 57709-6172
13667562    +E-mail/Text: bankruptcy.bnc@ditech.com Jun 12 2018 01:53:32     Green Tree Servicing, LLC,
              PO BOX 0049,    Palatine, IL 60055-0049,   Telephone number 60055-0049
13555481     EDI: IRS.COM Jun 12 2018 05:48:00      Internal Revenue Service,    P.O. Box 21126,
              Philadelphia, PA  19114
13627573     EDI: JEFFERSONCAP.COM Jun 12 2018 05:48:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
              ST CLOUD MN 56302
13630219    +EDI: OPHSUBSID.COM Jun 12 2018 05:48:00      KEYSTONE RECOVERY PARTNERS, SERIES II,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13555482    +EDI: CBSKOHLS.COM Jun 12 2018 05:48:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
13555483    +EDI: TSYS2.COM Jun 12 2018 05:48:00      Macys,    POB 183083,    Columbus, OH 43218-3083
13635253     EDI: PRA.COM Jun 12 2018 05:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
13565537     E-mail/Text: ebn@vativrecovery.com Jun 12 2018 01:53:32     Palisades Acquisition IX  LLC,
              Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
              PO Box 40728,    Houston, TX  77240-0728
13567155     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2018 01:53:45
              Pennsylvania Department of Revenue,    Bankrupcty Division PO Box 280946,
              Harrisburg, PA 17128-0946
13604077     EDI: Q3G.COM Jun 12 2018 05:49:00      Quantum3 Group LLC as agent for,    Comenity Bank,
              PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0315-2         User: culy              Page 2 of 2                  Date Rcvd: Jun 11, 2018
                             Form ID: 3180W          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13574853       +E-mail/Text: bncmail@w-legal.com Jun 12 2018 01:54:03     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13597411       +E-mail/Text: bncmail@w-legal.com Jun 12 2018 01:54:03     TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13555486       +EDI: WTRRNBANK.COM Jun 12 2018 05:48:00     Target National Bank,    POB 660170,
                 Dallas, TX 75266-0170
13555487       +EDI: WTRRNBANK.COM Jun 12 2018 05:48:00     Target Nb,    Po Box 673,
                 Minneapolis, MN 55440-0673
13555488       +EDI: TFSR.COM Jun 12 2018 05:48:00     Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,
                 Horsham, PA 19044-2387
13598267        EDI: TFSR.COM Jun 12 2018 05:48:00     Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
13555489       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 12 2018 01:53:53     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Ditech Financial LLC fka    Greentree Servicing LLC
cr             Green Tree Servicing, LLC
cr             Pa Dept of Revenue
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*          ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:    Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*           +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
                                                                                              TOTALS: 4, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
```
              Gary William Short    on behalf of Debtor Shemaria E. Waggoner garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC fka    Greentree Servicing LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jeffrey Dallas Ries    on behalf of Creditor   Oakhill at Nevillewood jries@plmoffice.com
              Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor   Chartiers Valley School District jlc@mbm-law.net
              Kenneth D. Henderson    on behalf of Creditor   Pa Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Preston D. Jaquish    on behalf of Creditor   Oakhill at Nevillewood c/o Elite Mgmt. Services
               pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 12
```