FILED
6/11/18 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHEMARIA E. WAGGONER

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:13-20349

Chapter 13

Related to Docket No. 108

## ORDER OF COURT

AND NOW, this __11th Day of June, 2018_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 13-20349-GLT
Shemaria E. Waggoner                                                    Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 2                  Date Rcvd: Jun 11, 2018
                              Form ID: pdf900             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db             +Shemaria E. Waggoner,    2376 Hilltop Road,   Presto, PA 15142-1122
cr             +Chartiers Valley School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Oakhill at Nevillewood,    138 North McDonald St.,    Suite 200,   McDonald, PA 15057-1290
cr              Oakhill at Nevillewood c/o Elite Mgmt. Services,     McGrath McCall, P.C.,   444 Liberty Avenue,
                 Four Gateway Center,    Suite 1040,   Pittsburgh, PA   15222
13584666       +AES/PHEAA,    PO BOX 8183,   HARRISBURG PA 17105-8183
13594265       +Aes/Pheaa,    Po Box 8147,   Harrisburg, Pa 17105-8147
13555468       +Aes/brazos/us Bank,    Po Box 2461,   Harrisburg, PA 17105-2461
13555469      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,
                 Greensboro, NC  27410)
13563313        Bank of America N.A.,    Loss/Recovery,   4161 Piedmont Parkway,    NC4 105 03 14,
                 Greensboro, NC 27410
13555473       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13555474       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13555475       +Comenity Bank/limited,    Po Box 182789,   Columbus, OH 43218-2789
13597662       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13572681       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13967782        ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13555480       +Household Bank,    POB 71104,   Charlotte, NC 28272-1104
13555483       +Macys,   POB 183083,    Columbus, OH 43218-3083
13555484       +Nevillewood Homeowners Association,    138 N. McDonald Street,    Suite #200,
                 Mc Donald, PA 15057-1290
13599816       +Oakhill at Nevillewood,    c/o Elite Management Services,    138 North McDonald St., Suite 200,
                 McDonald, PA 15057-1290
13555485       +Pittsburgh Parking C,    c/o Professional Account Man.,    633 W. Wisconsin Ave.,
                 Milwaukee, WI 53203-1918
13555486       +Target National Bank,    POB 660170,   Dallas, TX 75266-0170
13555487       +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
13555488       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13598267        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jun 12 2018 01:53:32      Ditech Financial LLC,
                 PO BOX 0049,   Palatine, IL 60055-0001
13555470        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2018 02:10:08      Cap One,
                 Po Box 85520,   Richmond, VA  23285
13555471       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2018 02:10:23      Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13555472       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2018 02:10:23      Capital One,
                 POB 71083,   Charlotte, NC 28272-1083
13555475       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 12 2018 01:53:35      Comenity Bank/limited,
                 Po Box 182789,   Columbus, OH 43218-2789
13555476       +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 01:59:39      Gecrb/banarepdc,   Po Box 965005,
                 Orlando, FL 32896-5005
13555477       +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 01:58:56      Gecrb/gap,   Po Box 965005,
                 Orlando, FL 32896-5005
13555478        E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 01:58:16      Gecrb/jcp,   Po Box 984100,
                 El Paso, TX  79998
13555479       +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 01:58:56      Gecrb/old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
13655234       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 12 2018 01:53:32      Green Tree,   POB 6172,
                 Rapid City, SD 57709-6172
13667562       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 12 2018 01:53:32      Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number 60055-0049
13555481        E-mail/Text: cio.bncmail@irs.gov Jun 12 2018 01:53:31      Internal Revenue Service,
                 P.O. Box 21126,   Philadelphia, PA  19114
13627573        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 12 2018 01:54:07      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD MN 56302
13630219       +E-mail/Text: bncmail@w-legal.com Jun 12 2018 01:54:07      KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13555482       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 12 2018 01:53:30      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13635253        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 12 2018 01:58:20
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13565537        E-mail/Text: ebn@vativrecovery.com Jun 12 2018 01:53:32      Palisades Acquisition IX  LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                 PO Box 40728,   Houston, TX  77240-0728
```

```
District/off: 0315-2            User: culy               Page 2 of 2              Date Rcvd: Jun 11, 2018
                                Form ID: pdf900          Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13567155         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2018 01:53:48
                   Pennsylvania Department of Revenue,    Bankrupcty Division PO Box 280946,
                   Harrisburg, PA 17128-0946
13604077         E-mail/Text: bnc-quantum@quantum3group.com Jun 12 2018 01:53:37
                   Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
13574853        +E-mail/Text: bncmail@w-legal.com Jun 12 2018 01:54:03     TARGET NATIONAL BANK,
                   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13597411        +E-mail/Text: bncmail@w-legal.com Jun 12 2018 01:54:02     TD Bank USA, N.A.,
                   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13555489        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 12 2018 01:53:53     U. S. Trustee's Office,
                   1001 Liberty Ave.,    Liberty Center,  Suite 970,   Pittsburgh, PA 15222-3721
                                                                                               TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Ditech Financial LLC fka   Greentree Servicing LLC
cr              Green Tree Servicing, LLC
cr              Pa Dept of Revenue
cr*            +AES/PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                   ST CLOUD, MN 56302-9617)
cr*            +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
                                                                                      TOTALS: 4, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              Gary William Short    on behalf of Debtor Shemaria E. Waggoner garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC fka   Greentree Servicing LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jeffrey Dallas Ries    on behalf of Creditor   Oakhill at Nevillewood jries@plmoffice.com
              Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor   Chartiers Valley School District jlc@mbm-law.net
              Kenneth D. Henderson    on behalf of Creditor   Pa Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Preston D. Jaquish    on behalf of Creditor   Oakhill at Nevillewood c/o Elite Mgmt. Services
               pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 12
```